ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 008181
Email: Pamela.McGaha@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant*
United Services Automobile
Association Casualty Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROOSEVELT WILLIAMS, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; DOES 1 through 10, ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>　　　　Defendants. | CASE NO. 2:14-cv-02092-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including December 11, 2015. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days as outlined herein. In support of this Stipulation and Request, the parties state as follows:

　　　　1.　　On December 11, 2014, Defendant removed the instant action to Federal Court.

　　　　2.　　On December 11, 2014, Defendant filed its Answer to Plaintiff's Complaint

with Federal Court.

3. On December 29, 2014, Defendant filed its Statement Regarding Removal.

4. On February 2, 2015, the parties prepared and the Court then entered a Discovery Plan and Scheduling Order (the Order).

5. On February 3, 2015, Plaintiff served his initial document and witness disclosures.

6. On March 10, Defendant served it's initial document and witness disclosures.

7. On March 20, 2015, Defendant served written discovery on Plaintiff.

8. On April 16, 2015, Plaintiff served written discovery on Defendant.

DISCOVERY REMAINING

1. Defendant will take the deposition of Plaintiff.

2. Plaintiff will take the deposition of Defendant's representatives.

3. The parties will collect Plaintiff's medical and billing records.

4. The parties will take the depositions of the designated expert witnesses.

5. The parties will take the depositions of Plaintiff's medical providers.

6. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are in the process of serving and responding to written discovery requests. The parties anticipate that Defendant will need to collect Plaintiff's medical records once medical authorizations are provided to Defendant. Since Plaintiff is alleging

4847-2699-4212.1                           2

significant neurological injuries as a result of the accident, in addition to neck and back injuries, it will be necessary for all medical records to be obtained in order for Defendant to adequately assess expert retention for this case.  The parties also anticipate Plaintiff will request to take the deposition of one or more of Defendant's employees involved in handling Plaintiff's underinsured motorist claim ("UIM claim").  Defendant's employees are located out of state, so it will require travel by the parties for the depositions.  The parties will also need to schedule the depositions of Plaintiff, Plaintiff's treating physicians as well as the depositions of any expert witnesses.

Also, Counsel for Defendants has had an unexpected death in his family that has and will significantly limit his availability.  In addition to these family obligations, counsel for defendant has been involved in preparing motions for summary judgment in *Shimeka Graham v. City of North Las Vegas, 2-13-cv-1815-KJD-VCF* and *Plank v. Las Vegas Metropolitan Police Department, 2-12-cv-02205-JCM-PAL*.  Additionally, counsel for defendants is preparing an opening brief in *Koiro v. Catanese, Appeals Docket No. 14-17514*.  Counsel for defendants has been preparing for oral argument in the *Nevada Supreme Court in the Eighth Judicial District Court v. Ronald Fox, No. 66114*.  Finally counsel will be traveling in June and July 2015 for multiple out of state depositions.

The parties have conferred regarding discovery for this case and it appears the parties can work together to complete the discovery requested with additional time allowed by this court.

Extension or Modification of The Discovery Plan and Scheduling Order.  LR 26-4 governs modifications or extension of this discovery plan and scheduling order.  Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26*-4.

…

…

…

1  The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | September 11, 2015 | December 11, 2015 |
| Extension of Discovery Deadline | June 17, 2015 | September 17, 2015 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | July 10, 2015 | October 9, 2015 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | August 11, 2015 | November 11, 2015 |
| Interim Status Report | July 10, 2015 | October 9, 2015 |
| Dispositive Motions | October 12, 2015 | January 12, 2016, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | November 10, 2015 | February 10, 2015, or at least thirty (30) days after the decision of last Dispositive Motions |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the First request for extension of time in this matter.  The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

…

…

…

…

…

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety days (90) days from the current deadline of September 11, 2015 up to and including December 11, 2015 and the other discovery dates as outlined in accordance with the table above.

DATED this 16th day of June, 2015.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
Pamela L. McGaha, Esq.
Nevada Bar No. 8181
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
State Farm Mutual Insurance Company

DATED this 16th day of June, 2015.

RICHARD HARRIS LAW FIRM

/s/ A.J. Sharp
A.J. Sharp, Esq.
Nevada Bar No. 11457
801 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated this 17th day of _____June_____, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

4847-2699-4212.1          5